HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DARREN STEELMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARREN STEELMAN,<br><br>Defendant. | Case Nos. 6:19-mj-00056-JDP<br>6:19-mj-00074-JDP<br><br>STIPULATION TO CONTINUE PROBATION REVIEW HEARING; AND ORDER<br><br>DATE:   November 5, 2020<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Darren Steelman, that the probation review hearing currently scheduled for November 5, 2020, may be continued to November 19, 2020, at 10:00 a.m.

Mr. Steelman's matters are currently the only cases on the Court's November 5, 2020, calendar.  Both government and defense counsel in this case are also currently scheduled to appear before this Court for several other matters on November 19, 2020.  In the interest of efficiency, the parties ask that Mr. Steelman's matters be rescheduled to take place on November 19, 2020, at 10:00 a.m.

/ / /

|   |   |
|---|---|
|   | Respectfully submitted,<br>HEATHER E. WILLIAMS |
|   | Federal Defender |
| Date: October 22, 2020 | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>DARREN STEELMAN |
|   | MCGREGOR SCOTT<br>United States Attorney |
| Date: October 22, 2020 | */s/ William Taylor*<br>WILLIAM TAYLOR<br>Special Assistant United States Attorney |

**O R D E R**

Based on a showing of good cause, the Court hereby orders that the probation review hearing currently scheduled for November 5, 2020, is continued to November 19, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **October 23, 2020**

UNITED STATES MAGISTRATE JUDGE