HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DARREN STEELMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARREN STEELMAN,<br><br>Defendant. | Case No. 6:19-mj-00056-JDP<br>6:19-mj-00074-JDP<br><br>STIPULATION TO VACATE STATUS HEARING AND SET CHANGE OF PLEA; AND ORDER<br><br>DATE: March 18, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Philip Tankovich, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Darren Steelman, that the status hearing currently set for February 18, 2021, be vacated and that a change of plea hearing be set for March 18. 2021, at 10:00 a.m.

Counsel anticipates that Mr. Steelman's matter will be resolved by an admission. Counsel asks the Court to set a change of plea in March in order to permit Mr. Steelman adequate time to complete support services setup and prepare for a change of plea and sentencing. Accordingly, the parties jointly request that the February 18 status hearing be vacated and that the matter be set for a change of plea hearing on March 18, 2021, at 10:00 a.m.

\ \ \

\ \ \

1                                          Respectfully submitted,

2                                          MCGREGOR W. SCOTT
United States Attorney

3

4    Date: February 16, 2021                  */s/ Philip Tankovich*
PHILIP TANKOVICH

5                                          Special Assistant United States Attorney
Attorney for Plaintiff

6

7                                          HEATHER E. WILLIAMS
Federal Defender

8

9    Date: February 16, 2021                  */s/ Matthew Lemke*
MATTHEW LEMKE

10                                        Assistant Federal Defender
Attorney for Defendant

11                                        DARREN STEELMAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

**IT IS HEREBY ORDERED** that the status hearing scheduled for February 18, 2021, is vacated and a change of plea hearing is set for March 18, 2021, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **February 16, 2021**

UNITED STATES MAGISTRATE JUDGE